UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:06CR211(JCH) |
| | : | |
| v. | : | |
| | : | |
| JOHN HOULDSWORTH | : | August 4, 2006 |

## GOVERNMENT'S NOTICE OF RELATED CASE

The United States of America, by and through the undersigned counsel, respectfully notifies the Court that the above-captioned matter is related to a case assigned to Senior United States District Judge Peter C. Dorsey, United States v. Ferguson, et al., 3:06CR137(PCD), which involves four defendants – Ronald E. Ferguson, Robert D. Graham, Christian M. Milton, and Elizabeth A. Monrad – and which is scheduled to be tried in March 2007.

The case assigned to Judge Dorsey was transferred to the District of Connecticut from the Eastern District of Virginia pursuant to Rule 21(b) of the Federal Rules of Criminal Procedure. The indictment pending against the defendants in Ferguson (attached hereto) alleges that the defendants participated in two sham reinsurance contracts between AIG and General Re Corporation ("Gen Re") totaling $500 million. The indictment alleges that the transactions allowed AIG to fraudulently report increases to its loss reserves in the fourth quarter of 2000 and the first quarter of 2001 and thereby mislead stock market analysts and AIG shareholders. The indictment, which was returned in February 2006, charges each of the four defendants with the following offenses:

Count One [18 U.S.C. § 371]: Conspiracy to commit securities fraud; to commit mail and wire fraud; to make false statements to the SEC; and to falsify books and records of AIG.

Counts Two through Five [15 U.S.C. §§ 78j(b) and 78ff]: Securities fraud.

<u>Counts Six and Seven [15 U.S.C. §§ 78m(a) and 78ff]</u>: False statements to the SEC

<u>Counts Eight through Eleven [18 U.S.C. §§ 1343 and 1346]</u>: Wire fraud.

<u>Counts Twelve and Thirteen [18 U.S.C. §§ 1341 and 1346]</u>: Mail fraud.

The case before this Court concerning John Houldsworth was also transferred to this District from the Eastern District of Virginia. Mr. Houldsworth entered into a plea and cooperation with the government and pled guilty in June 2005 to a one-count information charging him with conspiracy to file false financial reports, falsify books, records and accounts, and mislead auditors in violation of 18 U.S.C. § 371. The factual basis for Mr. Houldsworth's guilty plea was his involvement in the same series of transactions between AIG and Gen Re that are the subject of the indictment pending in the case before Judge Dorsey. Indeed, the indictment pending before Judge Dorsey specifically names Mr. Houldsworth as a co-conspirator (<u>see</u> Indictment, ¶ 7) and expressly refers to him throughout the recitation of the overt acts (<u>see id.</u> at ¶¶ 38(i), 38(k), 38(l), 38(m), 38(n), 38(o), 38(p), 38(y), 38(z), 38(aa), 38(bb), 38(cc), 38(ee), 38(ff), 38(ii), 38(mm), 38(oo), 38(pp), 38(qq), 38(rr), 38(ss), 38(tt), 38(uu), 38(vv), 38(zz), 38(aaa), 38(ccc), 38(ddd), 38(eee), 38(fff), 38(mmm), 38(nnn), 38(ppp), and 38(qqq)). The government anticipates calling Mr. Houldsworth as a witness at trial, and requesting that he not be sentenced until after he testifies in that case.

This Court's "related case" policy calls for the prosecution or defense to identify, for the benefit of the Court, when cases are "related," at which point the judges presiding over the earlier and later cases shall consult to determine whether the cases are, in fact, related. <u>See</u> Memorandum of Chief Judge Alfred V. Covello ("Re: Assignment of Criminal Cases") at ¶ 4 (Dec. 10, 1999). Assignment of a new related case to the judge presiding over an earlier case

may occur "only after that judge determines that the cases are, in fact, related." For reasons of judicial economy and in accordance with the Court's "related case" policy, the Government respectfully recommends that the matter involving Ronald, Ferguson, Elizabeth Monrad, Chirstian Milton, and Robert Graham, which is pending before Judge Dorsey, and the matter involving John Houldsworth, which is pending before this Court, be assigned to the docket of a single judge.

The Government is filing a similar notice in the case pending before Judge Dorsey.

          Respectfully submitted,

          KEVIN J. O'CONNOR
          UNITED STATES ATTORNEY


          ERIC J. GLOVER
          ASSISTANT U.S. ATTORNEY
          Federal Bar No. CT23923
          157 Church Street, 23rd Floor
          New Haven, CT 06510
          Tel.: (203) 821-3745
          Fax: (203) 773-5378
          eric.glover@usdoj.gov


By   _____
      JAMES R. SMART
      ASSISTANT UNITED STATES ATTORNEY
      Federal Bar No. CT20982

CERTIFICATION

I hereby certify that on August 4, 2006, a copy of foregoing was served by mail and email to counsel for the defendant, John Houldsworth:

Lance Croffoot-Suede
Benjamin Singer
1155 Avenue of the Americas
New York, New York 10036-2787
lcroffoot-suede@whitecase.com
bsinger@whitecase.com


ERIC J. GLOVER
ASSISTANT U.S. ATTORNEY