# Exhibit 4

Case 3:06-cr-00211-CFD    Document 44-5    Filed 06/02/09    Page 1 of 2

14, WESTMINSTER HALL,
WESTMINSTER ROAD,
FOXROCK, DUBLIN 18
IRELAND.

phone: 00 353 1 289 6419
fax: 00 353 1 289 1262
e-mail: dbonnar@indigo.ie

26 March 2009

Dear Judge Droney,

My back-ground - a Scotsman, who has lived and worked in Edinburgh (a Scottish Chartered Accountant), London, old Jersey (the island) and Dublin. Now retired, I have spent most of my working life with the (name disappeared outside of Man-hattan) Chase Manhattan Bank, latterly as Country Manager for ~~Ireland~~.

I have known John Houldsworth for 18 years, with our relationship in the middle of a Business acquaintance and personal friend - it is in this "middle" ground" that I am writing this letter relative to your sentencing decision on John. It started as Business and developed into the "middle".

My late wife and myself were/are very social person(s) and without exaggeration I still have a considerable number of friends and acquaintances in the 4 places (and U.S) mentioned above - street (Wall and Main) wise, yes!

You should know that in my C.V. is Director, Cologne Re-Insurance Dublin - 1990 and continuing. The latter is deliberate; I have not opted out as my principle is to see that "fairness" is given to all (past and present) staff. In business, my staff, has always been the "absolute" resource.

With 3 sons and 1 daughter; the eldest (47) is very similar to John but 3 years younger - in the insurance industry but Mark's marriage did not work out.

I consider that John plead guilty to defend his family and yet at the same time weighing up the risks of being given, by goodness knows whom, a "black-mark" - particularly in the small geographic area of Dublin and Ireland. He has held/and is holding his Head High. I met Ruth, wife, recently and was amazed at her strong composure. I sincerely believe that they, all together, are happy in Ireland - we/I have stayed on (after retiring) and enjoy every minute!

A long absence of John from his family, I honestly consider would be detrimental to an understanding, happy and close social unit.

I thank you for taking some of your valuable time to read my pleading.

Your sincerely, Douglas Bonnar. (DOUGLAS BONNAR)