# Exhibit 9

46 Bobbys Ct
Ridgefield, CT 06877

April 6, 2009

The Honorable Christopher F. Droney
United States District Court
Abraham Ribicoff Federal Building
450 Main Street, Suite 228
Hartford, CT 06103

Re:  United States v. John Houldsworth

Dear Judge Droney:

I am writing to you as you consider sentencing John Houldsworth. I have worked in the insurance industry, either directly or indirectly, for most of my working life. I am a life insurance actuary by qualification.

I have known John Houldsworth continuously since the early 1990's. When we first met, I was working for Cologne Re in Germany and he was working for Cologne Re in Dublin. I later moved with Cologne Re to the UK and then the US. I left Cologne Re in 2000, but have remained in contact with John. When John was seconded to the US, my wife & I would get together with John & Ruth from time to time.

John is a loving husband and devoted father to his children. He had a solid career, as reflected by his progression at Cologne Re. In my dealings with John, I have found him to be a tireless, honest, and a selfless individual. He is, in all my dealings with him, a man of integrity.

John has dealt with the situation in which he currently finds himself remarkably well. He has remained positive in the face of adversity and has accepted responsibility for his actions. He has found work away from the insurance industry, moving on with his life and providing for his family.

John is a good friend, somebody to whom I can turn when seeking advice. He is a stand-up guy, who will call a spade a spade.

I believe that a lengthy prison sentence will be detrimental to John's children, Ruth, and of course John himself. This is especially true when one realizes that his family live in Ireland.

I appreciate you taking time to read this letter and ask that you consider carefully the entire man, rather than just those actions that bring him before you, in sentencing him.

Sincerely

Alex Cowley