# Exhibit 10



## Charles McCann Investments Ltd

29 North Anne Street, Dublin 7, Ireland • Tel 01 887 2706 • Fax 01 887 2707

6 April 2009

The Honourable Christopher F. Droney
United States District Court
Abraham Ribicoff Federal Building
450 Main Street, Suite 228
Hartford, CT 06103

Dear Judge Droney

**Re:   United States v. John Houldsworth**

I am submitting this letter on behalf of John Houldsworth in connection with the Court's determination of his sentence in respect of the above case.

My name is Catherine Ghose and I am a business graduate, chartered accountant and company director. I spent the first twelve years of my career with KPMG and for the last twelve years I have worked for businesses run by a prominent Irish business family, the McCann's whose best known business association is with the international fruit groups Fyffes and Total Produce. Since January 2007 I have worked full time as managing director of Charles McCann Investments Limited which is the substantial private investment vehicle of the McCann family. I am a former Irish Government appointee to the Board of Irish Fertilizers Industries and I am currently treasurer of The National Maternity Hospital in Dublin which is Europe's largest. I have been married for the last eighteen years and I have two children.

I have known John for the last two years during which time he has occupied the office next door to mine and I have had constant daily contact with him. In March 2007 I was asked by a member of the McCann family to meet with John. There was no particular plan in meeting him however, I was impressed by John and realised that he could be of some help to us while our finance director was on maternity leave. I offered him a consultancy arrangement for the expected duration of my colleague's maternity leave. She returned to work in February 2008 and we decided to keep John on on a month to month basis on the same arrangement. In January of this year our financial controller resigned and we offered John a position as acting financial controller reporting to the finance director.

1

John is a very sound, well organised, meticulous, cautious, methodical and reliable accountant. He is very hard working and conscientious and can always be relied upon to produce what is required within the appropriate timeframe. He frequently offers more than is expected. He is tenacious and can be firm as required. As a colleague John is a very nice man. He is absolutely sincere, modest, considerate, polite and with a good sense of humour. Above all John is always concerned to "do the right thing" and to uphold the highest standards of ethics and professionalism.

John is devoted to his wife Ruth and to his three children. He is solicitous of his parents and of his parents in law whom he visits frequently in England and Scotland. He remains in regular contact with them. He is totally committed to his children and when they are home from boarding school he makes every effort to be home early to spend time with them and to do things with them. Despite the financial pressures of the last few years John and his wife have scrimped to provide the best education in Ireland for his children. His lifestyle otherwise is modest to the point of frugal.

John is a keen sportsman and spends his Saturdays and Sundays coaching junior hockey teams. On Sunday mornings he coaches teenage girls and has been appointed and trained as the children's liaison and child protection officer. One of his daughters is a keen and talented hockey player and he makes every effort to support her school matches, often being the only parent on the sideline.

I did not know John before the case began, but in the two years that I have known him I have been hugely impressed by the way he has just knuckled down and got on with rebuilding his life without complaint. John is a very fine example of how to cope when dealing with adversity.

Dublin is a small society and even though the case is taking place in America it is reported on frequently here in Ireland with prominence always being given to John's name. The Irish Times, which describes itself as the Irish newspaper of record and which is read by most people in Dublin and by everybody involved in Irish business, has reported regularly on the case. I was aware of the case from the newspaper reports before I met John. This has been and continues to be difficult for his family.

John prepared conscientiously for giving testimony, applying the same thoroughness to his preparation as he applies to his work. John frequently had to go home after a long day at the office and spend the evening or weekends pouring over and absorbing the paperwork or tapes and transcripts which had been sent to him.

John has suffered financially: I acknowledge we do not pay him what we would have to pay for a man of his calibre if this court case had not occurred. It has also prevented us making him an offer of a permanent position and we did not pay him when he was in the US preparing for or giving his testimony.

I hope that from all of this that you can see that I have grown enormously fond of John over the last two years. I respect and admire his strong work ethic, his professionalism, his integrity and his modesty as well as his devotion to his wife, his children, his parents and his extended family. I have been extremely impressed by how he has coped under the enormous stress and pressure of his prosecution, his plea and his subsequent testimony.

Judge, I would like to thank you for taking the time to read this letter. I would appreciate you showing leniency in the sentencing of John as I rely on him enormously as a colleague. I believe that any sentence which John would have to serve in America would leave the family, to which he is so committed financially destitute. Separation from their father would be extremely detrimental to his children to whom he is an enormous emotional support during their vulnerable teenage years.

Yours sincerely,

Catherine Ghose