# Exhibit 11



**KIRKLANDS**
solicitors and property agents

The Honorable Christopher F. Droney
United States District Court
Abraham Ribicoff Federal Building
450 Main Street, Suite 228
Hartford, CT 06103

Kirklands Law Limited
7 King Street, Perth, PH2 8HR
LP 33, Perth

Our Ref: GMG
16th April, 2009

Tel: (01738) 442299
Fax: (01738) 443999
www.kirklands-law.co.uk

Dear Judge Droney:

**United States v. John Houldsworth**

John has asked that I provide a character reference for the court and I am happy to do so.

John is a good man and we all hope and pray that this error in judgement which has wrought so much damage so far will not blight the lives of the Houldsworths and the wider family of which he is one of the keystones.

**Background**
I am 51 and have been a Scottish solicitor for the past 28 years. I run a combined legal and IT business in Perth, Scotland. I met Jane, Ruth's sister (John's wife), on our first day of University in 1976 and this year we celebrate our silver wedding.

Ruth and Jane have a brother, Roddy, and their parents are Lt Col Jerry and Mrs Flora Harrison (neé Semple). The Harrisons are very loving and caring family. There are numerous aunts, uncles, cousins and grandchildren. Both John and I have been fortunate to have found our soul mates in Ruth and Jane and to have become a part of the wider Harrison/Semple clan.

Jane and I have two children Callum (15) and Scott (13). Ruth and John have three children Nick (17), Alice (15) and Victoria (13). The cousins have grown up together and the bond they established when they were tots has, to the great delight of their parents and grandparents, endured and strengthened over the years.

John is an Executor in both my Will and Jane's Will. We are fortunate in having many good friends whose judgement and integrity we trust implicitly. John is foremost amongst them. If anything were to happen to me, from whichever vantage point I might be observing proceedings, I would draw a great deal of comfort from knowing that John would be advising and guiding Jane and the boys.

John has a brother, Dave and a sister, Sue. All of them live in the south of England near John's parent's Brian and Margaret. Like the Harrisons they are very close and in constant touch.

**John, Ruth and the children**
Whether John and Ruth have been living in Ireland, Bermuda or the US we have usually holidayed together at least twice a year and over and above there have been several weekend visits. In between times the phone is well used.

I understand that you heard John give evidence at the trial and I can assure you that he is as he presents, an honourable and straightforward person. John has the strength of character, clarity of vision and consideration for others that marks out the best in any generation.

He is also great fun! John, his brother Dave and his Dad, Brian, are all sports enthusiasts, both as fans and as players.

John plays golf, field hockey and watersports to a high level, but has a keen interest in all sports. His philosophy on sports is that it develops character, teamwork and promotes a healthy lifestyle. First and foremost you should play it. If you can't play you should go to the event. Only if you can't do either should you watch it on TV. Part of his contribution is to coach the under 16s and under 17s hockey at his local club. Hopefully, by the time you read this, one or other of them will have won the regional cup!

John's teaching and leadership style is to enthuse and motivate people to get the best out of them. For the past 3 years we have been holidaying in Connemara on the west coast of Ireland with the Houldsworths and two other families. Ireland is beautiful, but it is green for a reason. It is the only place I have ever been to where it has rained powerfully and continuously for a week.

Despite the rain falling like javelins John is able to get the ten or so teenagers in the party out of bed to do all sorts of watersports from body surfing, canoeing and swimming to just pottering about in and around the water. The parents participate and enjoy the "craic" but we all acknowledge that one of the great pleasures comes from knowing that the kids are all very happy playing together. We all also acknowledge that John is the prime motivator in engaging with the kids to make it all happen.

It must be about 25 years since I first met John. We were at a party in Ruth's flat in Edinburgh when John was introduced to the company. It was immediately apparent that there was electricity between them. Despite the fact that they were mingling separately you just knew that they were intensely aware of where in the room the other was. My sister, Annemarie, who also sensed the invisible connection, joshed John by making great play of cutting the imaginary cable and demanding that he forget about Ruth and talk to her.

John and Ruth (or "my lovely wife" as John refers to her) continue to be devoted to each other. I reckon that in all the time they have been together there will be very few, if any, days when they have not spoken with each other. As a taciturn Scot I regularly, but affectionately, berate John for the impossibly high standard of devotion he sets for the rest of us.

If John and are Ruth are the most devoted soul mates, I run out of superlatives to describe how they feel about their children. Like most of us they love their children more than they value their own life. But unlike many they have dedicated themselves to helping their children make the most of their talents whilst being considerate of others (the latter is a particular challenge just now as teenagers' genetic programming seems to be limited to "me").

Much to the delight of Callum and Scott, Alice recently came to stay with us for a week so that she could gain work experience. I was pleased to report to John and Ruth that she got on well with my staff and made a positive contribution to the business and the people she met.

**How can an honest, decent person be sucked into a criminal conspiracy?**
It will be about 4 years since John and Ruth first told us that John had been charged with criminal

As John explained the position to me the Chief Executive of General Re wanted the deal to happen and it was decided at a higher level that John's office in Dublin should do it. Initially, the details he had were sketchy. When it became clear what was involved he queried whether they should be doing it and was told that the Chairman wanted it to happen.

It is easy with hindsight to say that he should have refused to do it and taken the consequences. John appreciates now that that is exactly what he should have done and sincerely regrets that he did not do so. But at the time in the re-insurance industry this sort of deal was not uncommon. The perception within the industry was that the client company might have been employing questionable accounting practices but that was their lookout, the re-insurance companies were merely doing what had been asked of them.

Being prudent by nature and training John always weighs the downside of any situation carefully before proceeding. I know with absolute certainty that if John had thought for a nano-second that what he was doing was a criminal offence he would have resigned on the spot. Not only because he is a totally honest and law abiding person, but because he would never have exposed Ruth and the kids to any risk no matter how small. John loves his work, but Ruth and the kid come first by a long, long chalk.

I know that ignorance of the law is no excuse, nor does the fact that the whole re-insurance industry was regularly engaged in deals that amounted to criminal conspiracy, exculpate the behaviour. However, it does help explain how an honest, decent person and many other more senior colleagues can get sucked into participating in something that, with hindsight, they can see is clearly wrong.

This same mindset explains why he pled guilty at an early stage. He could have challenged the US Authorities to attempt to extradite him from Eire, but he didn't. He put his hands up, pled guilty and has co-operated with the US Authorities throughout.

If you were to add up all of the days over the past 4 years that John has spent either in the US, reading paperwork or travelling to help the US Authorities in connection with the case it would be at least 90 days. If you were to add the waking hours that John has spent been worrying about the impact on his family if he were to be sentenced to spend time in a US jail you could probably add a further 9 months to that time.

**How has John's guilty plea affected him and his family?**
There are not many couples whose relationship could have survived the trauma and uncertainty of the last 4 years.

John was fired the day he pled guilty. With Ruth being a full time mum the household income fell from a considerable height to zero. John and Ruth had been prudent and put money aside in the good years so there was no immediate financial problem. The priority, as always, was the children's welfare and schooling.

In the early days John did have offers of jobs, but, being John, he felt it would be unfair on the person who had offered him the job to make any long term commitment. His reasoning was that no-one could say what time scales were involved with the case. It was always just 4 or 5 months until the trial. In between times he had made it his number 1 priority to honour his undertaking to make himself available to the US Authorities whenever they required him. Also there was the ever present thought that in 6 months time he might find himself in a US prison. None of this would give a potential employer any comfort.

To his eternal credit John saw his enforced unemployment as an opportunity to start an interest in gardening and, of course, to spend more time with Ruth. Ruth and John's house, that they bought just

before all of this blew up, has about 2 acres of garden in which a previous owner had planted a wide variety of trees. The garden had become unruly and, like the house, required a huge amount of work.

The Harrisons/Semples have a great passion for gardening. Flora and Jerry have the most wonderful cottage garden and both Jane and Ruth have the bug. As a reluctant mower myself, I watched with mounting horror as John, the last but one non-gardener in the family, grew into an impassioned enthusiast of trees, shrubs and lawns.

The garden became Ruth and John's joint project. John did the trees, shrubs and lawns. Ruth looked after the flowers and vegetables. All of John and Ruth's friends were aware of the shadow hanging over them but an outsider would never have guessed. They would have seen a devoted couple creating a beautiful garden to surround a house that they would one day renovate.

There have been a lot of positives that John and Ruth have created out of the present adversities but an enduring sadness for them must be that the plans they had to renovate Stilebawn Cottage have had to be put on hold.

Just before the bad news broke they had obtained planning permission to create the family home they had dreamed of. However, by the time they will be able to do it Nick and, possibly, Alice will have left home for University. When set beside loss of liberty it seems insignificant and Nick, Alice and Victoria will never know a loss, but Ruth and John will.

Unlike his co-accused John did not start with several million dollars in the Bank. Before John was fired, Ruth and John were comfortably off. The kids' school fees were well covered and they only had a small mortgage.

18 months later they had exhausted their savings and, because John was not earning, they could not raise finance on the house. Family and friends rallied round but there is no one in the extended family who is seriously wealthy.

Fortunately, John was able to get a short term maternity cover job with an investment company owned by an Irish family. Better still they knew of John' situation beforehand and accepted that John would have to be absent unexpectedly and for extended periods. John has now been with the company for over 2 years.

Whilst John and Ruth have been grateful for the income my reckoning is that in difficult times his employers will be delighted to have secured someone with John's talents at fraction of the cost of someone of his calibre. As John says, it is tricky getting a well paid job in Financial Services if you have a criminal record.

**Why would I urge you to consider anything other than a custodial sentence in the US?**
John's lawyer and, hopefully, the US Authorities will recommend clemency. There is a host of good reasons: John's early guilty plea; his co-operation with the prosecution; the fact that he was a relatively junior partner in this unhappy episode who deeply regrets not having recognised what he was being asked to do.

I know that you will receive reports of John and Ruth's precarious finances and the amount of time John has spent at the behest of the US Authorities. We all hope and pray that you will consider that he has already paid a high price in terms of time and money for his part in this tragedy and will discharge John without further penalty.

Thanks to John's positive outlook the impact on the family has been minimised. The prospect of being removed from the family even for a relatively short time fills me with dread. Strangely, I am not concerned for John. It would be horrible for him, but he would make the best of it and come out

the other end. It is the effect his enforced removal would have on Ruth, the kids and Jerry & Flora that scares me.

- ❖ Ruth and John have sustained each other through this ordeal. Take away John and I fear that Ruth would collapse. Ruth is strong and Jane would be the first of family and friends at her side, but no one can be there 24/7 over an extended period. Jane, Sue and friends would cover the kids and accompany Ruth when she visited John in the US. With no salary coming in family and friend would ensure that the kids did not have to be taken out of school. Without John's positive input and income Ruth would suffer terribly.

- ❖ Nick, Alice and Victoria are all aware of what could happen. But, being teenagers, there is a huge gulf between a possible outcome and your Dad not being with you for 3 or 6 months. The hormonal changes that take place during the teenage years make them all emotionally volatile at the best of time. It is impossible to predict how they would react to John not being there but I fear it would not be good and the effect of it would echo down the years.

- ❖ At an early stage the whole family agreed that we would shield Jerry (85) and Flora (83) from what was going on. They love John dearly and would immediately rail at why he had been put in such a position.

    That said they have always been the world's best worriers and the family's consensus was that they would worry themselves into an early grave over John not having a job, never mind that he might have a criminal record or, heaven forbid, he might be imprisoned in the USA.

    So far, none of Jerry & Flora's relatives or friends have happened across anything on the internet relating to the case but our collective nightmare is that a well meaning friend produces something that they have found relating to John's sentencing. If it was that John had been released without further penalty, we could deal with it. If it was that he had been imprisoned in the US, the reaction of Jerry & Flora it is too ghastly a prospect to contemplate.

I am conscious that you will have many other pressing matters in your diary and am grateful to you for taking the time to read this letter.

Yours sincerely and respectfully,

*[signature]*

**Graham Gibson**
Solicitor, Kirklands Law Limited
email: gmg@kirklands-law.co.uk