# Exhibit 12

30 Blinkbonny Avenue
Edinburgh
EH4 3HU
Scotland

The Honorable Christopher F. Droney
United States District Court
Abraham Ribicoff Federal Building
450 Main Street, Suite 228
Hartford, CT 06103
USA

15 April 2009

Dear Judge Droney

**Re:    United States v. John Houldsworth**

My name is Roddy Harrison and I am a solicitor (attorney) in Scotland. I am a partner in a medium sized practice in Glasgow and Edinburgh, and head of the department specialising in private client and trusts and estates. I am married with 2 young children and live in Edinburgh.

I am writing this letter on behalf of John Houldsworth in connection with your Court's determination of his sentence. I have known John for about 22 years as he is married to my older sister. John is possibly one of the most honest people that I know. He is always willing to give time to help others.

He is a very kind and loving husband to my sister, Ruth, and a great father to his 3 children, Nick, Alice and Victoria. He has always worked hard to create a secure and stable environment for his family. He has always gone out of his way to ensure that his children have had a good upbringing and education. His children who are 17, 15 and 13 are all growing up well mannered and respectful as a direct result of his influence.

He has worked hard and diligently in all his work and has always had a good reputation for his diligence and conscientiousness in his work.

He is a good sportsman and plays golf and used to play field hockey to a high standard. Since retiring from playing field hockey he has become actively involved in training both the senior and junior sides at his local hockey club. This has required a considerable commitment from him in terms of time, as he not only trains the teams on the field but is also involved in devising the training schedules.

This case has affected John's family in many ways. Although John has done his best to minimise the effect on the family, it has of course had a significant impact. Over the last few years, it has created uncertainty for the future for his children when they are at an impressionable time of their lives. The presence of their father has been an important steadying influence on them and will, I hope, continue to be an important influence on them for the future.

I have been very fortunate personally in having John as a brother-in-law. He has always been a helpful guide and sounding board for me in discussing matters,

If John received a lengthy prison sentence then I would be concerned that it would have a very detrimental effect. Obviously he would be unable to provide for his family. A direct result of this would be that his children would probably have to leave their existing schools at a critical stage in their education. This would cause not only distress to them but also severely hamper their options for the future.

2

Aside from the financial consequences, I would be very concerned for the emotional consequences. John has always been a central part of his family. His absence would obviously be severely felt by his children. Not only that but they would also lose a steadying influence in their lives together with all the parental guidance that he is able to offer them. This would be at a time when they are probably most is need of guidance. The past few years have already been difficult enough for John and his family in dealing with the case and its consequences.

I would ask that you give consideration to these points and also that you take them into account when considering his sentence. Finally I would ask you to exercise your leniency in sentencing John.

I am grateful to you for taking the time to read this letter.

Yours sincerely

R A L Harrison