# Exhibit 13

The Honorable Christopher F. Droney
United States District Court
Abraham Ribicoff Federal Building
450 Main Street, Suite 228
Hartford, CT 06103

Clump Farm Barn
Farleigh Lane
Dummer
Hampshire
RG25 2AF
UK

3rd April 2009

Re: United States v. John Houldsworth

Dear The Honorable Christopher F. Droney

My name is David Houldsworth, younger brother to John Houldsworth. I am 48 years old and I have been living and working in England for the last 30 years. I am Creative Director and co-founder of a marketing agency called Birddog, based in London. I am married and have 2 young sons, aged 4 and 1.

I am submitting this letter on behalf of John Houldsworth in connection with the Court's determination on his sentence.

I have known John all my life. He has always been more than just a brother to me, he has been my best friend and mentor. I looked up to him from a very early age and strived to be like him, in sport, academically and as a family man.

Our father worked in the British Diplomatic Service in the 60s and 70s and was posted abroad, this meant that John and myself attended a boarding school in UK. The school was Ackworth, a Quaker school, this had a huge affect on our lives both religiously and as brothers. Being away from your parents from the age of 11 for months at a time on another continent was upsetting, but John stepped in to help me get over the tough times, without showing how upset or how much he missed our parents as well. He was the one person I could depend on through these years and he made my school years a very enjoyable period of my life. He passed on words of wisdom and advice at times when they were needed, and was always there to help. He is one of the most generous people I know and can never do enough for others. Looking back I can now see the influence that this school had on me, they introduced the Quaker beliefs in a more informal way, which I think fundamentally encourages young people to believe in what is right and wrong and to do what is best for others. I know it affected both of us in a very positive way.

John has grown as a person since he became a father, and I can see the same influences he had on me, influencing his children now. They are turning day by day into lovely considerate children showing respect to others as well as their parents. He has instilled the same fair play but with a determination to do well in anything they do. I know that he is very proud of his children, and I am very proud of him, for the way he has brought them up.

When John pleaded guilty, he was deeply upset and devastated at what might happen to him. But what affected him most was what would happen to his wife and children, both financially and more importantly emotionally. He is the rock behind the family, he is the best husband I know and you will not find a better father who loves spending time with his children. He gives and never takes, never complains and always sees other peoples problems ahead of his own.

His children are now coming to an age when having a father around is imperative to them developing into decent young adults. I know he will find it devastating to be away from his family for any length of time, but I do think his children will suffer the most in his absence.

I thank you for taking the time to read this letter and I ask for leniency when sentencing John.

I know how much this has affected John. Although he has put a brave face on for the family, he has suffered indeterminately. So please be lenient with my brother, his wife needs him, his children need him and I need him.

Yours sincerely

David Houldsworth